IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DUSTIN SIMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER DELATORRE,<br><br>    Defendant. | CIVIL ACTION NO.: 4:25-cv-102 |

**O R D E R**

Before the Court is a Stipulation of Dismissal, signed by counsel for Plaintiff and by counsel for Defendant, in which the parties stipulate to the dismissal of this matter. (Doc. 14.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),[1] this action has been **DISMISSED**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 24th day of September, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties erroneously cite O.C.G.A. § 9-11-41(a)(1)(B) as the legal authority for their joint stipulation of dismissal, but that statute is part of the Georgia Civil Practice Act and has no applicability to this case, which is governed by the Federal Rules of Civil Procedure.